FILED

02/22/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0741

IN THE SUPREME COURT OF THE STATE OF MONTANA
Case No. DA 22-0741

THOMAS F. MIETZEL, LLC, a/k/a
THOMAS F. MEITZEL, LLC and
THOMAS F. MIETZEL

      Appellees,

   v.

CREATIVE WEALTH
ACQUISITIONS & HOLDINGS,
LLC, BRAD QUINTANA, and
CHAD MCCALL

      Appellants.

      [PROPOSED] ORDER

Pursuant to M. R. App. Civ. P. 26, Appellants are hereby granted up to and including March 29, 2023, in which to file their opening brief on appeal.

For the Court,

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
February 22 2023